RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_kirtley@fd.org

Attorney for Ezequiel Pena-Vera

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EZEQUIEL PENA-VERA,<br><br>Defendant. | Case No. 2:17-cr-361-HDM-NJK<br>ORDER GRANTING<br>**STIPULATION TO CONTINUE**<br>**SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Ezequiel Pena-Vera, that the Sentencing Hearing currently scheduled on July 19, 2018 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Counsel needs additional time to review the presentence report with Mr. Pena-Vera and to obtain letters in support of sentencing.

2. The defendant is in custody and does not oppose a continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 3rd day of July, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| | |
| By /s/ Monique Kirtley<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | By /s/ Kimberly M. Frayn<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

*Ezequiel Peña*
EZEQUIEL PENA-VERA

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EZEQUIEL PENA-VERA,<br><br>Defendant. | Case No. 2:17-cr-361-HDM-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, July 19, 2018 at 10:30 a.m., be vacated and continued to September 11, 2018 at the hour of 9:30 a.m.; ~~or to a time and date convenient to the court~~ in LV Courtroom (tbd) before Judge Howard D. McKibben. IT IS SO ORDERED.

DATED this 9th day of July, 2018.

*/s/ Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE

3