NICHOLAS A. TRUTANICH
Nevada Bar Number 13644
United States Attorney
WILLIAM R. REED
Assistant United States Attorney
Nevada Bar Number 11251 (inactive)
400 South Virginia Street, #901
Reno, Nevada  89501
(775) 784-5438

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-cr-00361-HDM-(NJK) |
| Plaintiff, | Government's Application for an Order Deeming the Attorney-Client Privilege Waived |
| v. | |
| EZEQUIEL PENA-VERA, | |
| Defendant. | |

The United States of America, by and through NICHOLAS A. TRUTANICH, United

States Attorney, and WILLIAM R. REED, Assistant United States Attorney, respectfully

requests that this Court enter an order deeming the defendant's attorney-client privilege in the

above-captioned case waived with respect to Monique Kirtley, Esq.

This order is sought for the following reasons:

1.     Defendant Ezequiel Pena-Vera has filed a motion pursuant to 28 U.S.C. § 2255 to

vacate, set aside, or correct sentence by a person in federal custody in the above-captioned case.

ECF No. 37. The Court ordered the government to respond to Pena-Vera's motion, and that

response is currently due April 29, 2019. ECF No. 40.

2.     In his motion, Pena-Vera implies his trial attorney provided ineffective assistance

of counsel by failing to collaterally attack his prior removal from the United States, which was

1

based on a criminal conviction in California. *See* ECF No. 37. Defendant also alleges "counsel failed to file an appeal even when requested to do so by [defendant]." *Id.*, at 4; *see also id.* at 5.

3.  Access to information from defendant's former counsel, Monique Kirtley, is necessary to respond to the allegations in defendant's § 2255 motion.

4.  The government requests that this Court issue an order deeming the attorney-client privilege in 2: 17-cr-00361-HDM-(NJK) waived for the purposes of this proceeding as to all contentions raised in defendant's motion, and ordering all materials and information related thereto be divulged to the government.

5.  The voluntary disclosure by defendant of privileged communications and his complaints regarding Ms. Kirtley constitute waiver of the privilege as to all other such communications on the same subject. *Weil v. Investment/Indicators, Research & Management*, 647 F.2d 18, 24 (9th Cir. 1981); *Clady v. County of Los Angeles*, 770 F.2d 1421, 1433 (9th Cir. 1985), cert. denied, 475 U.S. 1109 (1986).

> Even when a party does not explicitly disclose the content of an attorney-client communication, he may waive the privilege implicitly. A person cannot always claim that he relied on counsel, while protecting what was said between them from disclosure. As we have said, "The privilege which protects attorney-client communications may not be used both as a sword and a shield. Where a party raises a claim which in fairness requires disclosure of the protected communication, the privilege may be implicitly waived." (citations omitted).

*United States v. Ortland*, 109 F.3d 539, 543 (9th Cir.), cert. denied, 522 U.S. 851, 118 S.Ct. 141 (1997).

WHEREFORE, based on the foregoing, the government respectfully requests that the attorney-client privilege in 2:17-cr-00361-HDM-(NJK) be deemed waived as to those matters Pena-Vera has put at issue in his motion to vacate, set aside or correct sentence. The government respectfully requests that this Court order Ms. Kirtley to provide the government with an affidavit

or declaration, as well as any relevant materials and information, addressing the allegations and matters raised in Pena-Vera's motion, within 30 days after the date of the Court's order.

DATED this 26th day of March, 2019.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/
WILLIAM R. REED
Assistant United States Attorney

CERTIFICATE OF SERVICE

It is hereby certified that pursuant to LCR 47-11 service of the foregoing Application for an Order Deeming the Attorney-Client Privilege Waived was made through the Court's electronic filing and notice system (CM/ECF) or, as appropriate, by sending a copy of the same by first class mail, addressed to the following addresses:

Monique Kirtley, Esq.
Assistant Federal Public Defender
411 E. Bonneville, Suite 250
Las Vegas, NV 89101


Ezequiel Pena-Vera
Federal Register Number 54452-048
USP Lompoc
3901 Klein Blvd.
Lompoc, CA 90731-0207
(last known address)

DATED this 26th day of March, 2019.


/s/_____
WILLIAM R. REED
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-cr-00361-HDM-(NJK) |
| Plaintiff, | |
| v. | |
| EZEQUIEL PENA-VERA, | <u>ORDER</u> |
| Defendant. | |

Based upon the pending application of the government, and good cause appearing,

**IT IS HEREBY ORDERED** that the attorney-client privilege in 2:17-cr-00361-HDM-(NJK) between the defendant and Monique Kirtley, Esq., shall be deemed waived for all purposes relating to defendant's motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody. Ms. Kirtley shall, within 30 days of this order, provide the government with an affidavit or declaration concerning all information known by her related to the contentions raised in defendant's motion. Further, Ms. Kirtley may communicate with government counsel and provide supporting documentation regarding all matters put at issue in defendant's motion.

DATED this ___22___ day of ___April___, 2019

_____
UNITED STATES DISTRICT JUDGE